# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PLEASANT VALLEY STATE PRISON WARDEN, et al.,<br><br>　　　　Defendants. | 1:15-cv-00635-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO REVERSE JUDGMENT, RE-SERVE COURT ORDER AND APPOINT COUNSEL<br><br>(ECF No. 24) |

　　　Plaintiff Wondiyrad Kabede ("Plaintiff") is state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2015, Plaintiff consented to the jurisdiction of a Magistrate Judge. (ECF No. 19.)

　　　On October 16, 2015, upon Plaintiff's motion, the Court vacated its order dismissing this action, ordered re-service of its August 3, 2015 screening order, and denied his request for the appointment of counsel. (ECF No. 23.)

　　　On October 21, 2015, Plaintiff re-filed a motion requesting the same relief that the Court partially granted in its October 16, 2015 order. (ECF No. 24.) It appears the Court's order and Plaintiff's motion crossed in the mail. To the extent that the relief Plaintiff is re-requesting was already granted by the Court's prior order, his motion is denied as moot. His request for the appointment of counsel is denied without prejudice for the reasons explained in the October 21, 2015 order.

///

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to reverse judgment, reserve court order, and to appoint counsel (ECF No. 24) is DENIED.

IT IS SO ORDERED.

Dated:   **October 27, 2015**         /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE