# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PLEASANT VALLEY STATE PRISON WARDEN, et al.,<br><br>　　　　Defendants. | 1:15-cv-00635-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER ORIGINAL PRISONER GRIEVANCE<br><br>(ECF No. 26) |

　　　　Plaintiff Wondiyrad Kabede ("Plaintiff") is state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this case in the United States District Court for the Northern District of California, San Francisco Division ("NDCA Court"). On April 23, 2015, the case was transferred to this Court, and a new case number was assigned. (ECF No. 13.)

　　　　On November 5, 2015, Plaintiff filed a motion under his old case number in the United States District Court for the Northern District of California, San Francisco Division ("NDCA Court") and in this Court under the current case number. (ECF No. 26.) In the motion, titled "Request to Transfer Original Prisoner Grievance Essential Element of This Case to Eastern District Fresno Court," Plaintiff explains that he sent an original grievance document to the NDCA Court, and he wishes for it to be returned to him, or if it was transferred to this Court, he would like to be notified. This Court has no such original document, and therefore Plaintiff's motion to have that document returned to him is denied.

1

1 | As explained to Plaintiff in the First Informational Order issued on April 24, 2015, the Court will not serve as a respository for evidence.  Evidence need not be submitted with the Court until it becomes necessary to do so in connection with a motion for summary judgment, trial or the Court requests otherwise.  Further, a pro se plaintiff need not attach exhibits to his complaint to prove the truth of what is said in the complaint.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to transfer original prisoner grievance (ECF No. 26) is DENIED.

IT IS SO ORDERED.

Dated:   **November 25, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE