# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDIYRAD KABEDE,<br><br>Plaintiff,<br><br>v.<br><br>PLEASANT VALLEY STATE PRISON WARDEN, et al.,<br><br>Defendants. | Case No. 1:15-cv-00635-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 37)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Wondiyrad Kabede ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on August 13, 2013, in the Northern District of California. On April 24, 2015, the action was transferred to this Court. (ECF No. 13.) Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 19.)

On May 3, 2017, the Court dismissed Plaintiff's second amended complaint with leave to amend within thirty (30) days. (ECF No. 34.) The Court expressly warned Plaintiff that the failure to file an amended complaint in compliance with the Court's order would result in this action being dismissed, with prejudice, for failure to state a claim and failure to obey a court order. (Id. at 7.) Plaintiff failed to comply with the Court's order. Therefore, on June 12, 2017, the Court issued an order to show cause why this action should not be dismissed based on

Plaintiff's failure to comply with the Cout's May 3, 2017 order, for failure to state a claim, and for failure to prosecute. (ECF No. 35.)

On June 26, 2017, Plaintiff filed a motion, addressed to the Clerk of the Court, requesting a stay of proceedings or the appointment of counsel due to recent medical issues. (ECF No. 36.) The Court denied Plaintiff's motion for stay of proceedings and for appointment of counsel without prejudice, but found it appropriate to discharge the order to show cause and to grant Plaintiff thirty (30) days from June 30, 2017, to file an amended complaint. (ECF No. 37.) Plaintiff was warned that if he failed to file an amended complaint in compliance with the Court's order, the Court would dismiss this action, with prejudice, for failure to state a claim and failure to obey a court order. (ECF No. 37, p. 3.) The deadline for Plaintiff to file an amended complaint has passed, and he has not complied with or otherwise responded to the Court's order.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within **fourteen (14) days** of the date of service of this order, why this action should not be dismissed, with prejudice, for failure to comply with the Court's June 30, 2017 order, for failure to state a claim, and for failure to prosecute. Plaintiff can comply with this order to show cause by filing a third amended complaint. **The failure to comply with this order will result in the dismissal of this action, with prejudice, for failure to state a claim, failure to obey a court order, and failure to prosecute.**

IT IS SO ORDERED.

Dated: **August 11, 2017**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE